AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff-Respondent,

v.

ALBERTO JULIO GUILLEN,

          Defendant-Petitioner.

JUDGMENT

Case Number: **3:16-cr-00001-RCJ**
(Related Case 3:20-cv-00275-RCJ)

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 71) is DENIED.
    **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.
    **IT IS FURTHER ORDERED** that judgment is hereby entered and this case is closed.



Date: August 5, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk